FILED

11/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0487

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0487

DUANE BENDER and REBECCA ESTATES, LLC,

    Plaintiffs and Appellants,

v.

                                       O R D E R

STACEY ROSMAN and JOHN DOES 1-10,

    Defendants and Appellees.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Brief filed on November 23, 2022, this Court has determined that the brief does not comply with the Rules.

Montana Rule of Appellate Procedure 12(1)(i), requires that the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support thereof, be contained in an appellant's brief to this Court. The appendix submitted by Appellants contains numerous documents, but does not include the District Court's Order Enforcing Settlement Agreement or its Findings of Facts and Conclusions of Law and Order regarding attorney fees. On appeal, Appellants challenge the District Court's decisions and analysis found within those orders, and thus those orders must therefore be attached as an appendix as well. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the District Court's Order Enforcing Settlement Agreement and its Findings of Facts and Conclusions of Law and Order regarding attorney fees and that the Appellant shall serve

copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 28 day of November, 2022.

For the Court,

By _____

Justice